Fid: 11922802

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FEB 12 '26 AM 9:31 USMS NGA

UNITED STATES OF AMERICA,

v.

LAYTAYAH GROSS, a/k/a Tayah,

**WARRANT FOR ARREST**

**CASE NO. 1:26-CR-0066**

**COPY**

## AGENT TO ARREST

To:   The United States Marshal
and any Authorized United States Officer

Case: 1:26-mj-00044
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 3/2/2026
Description: RULE 5 ARREST WARRANT

**YOU ARE HEREBY COMMANDED** to arrest Laytayah Gross, a/k/a Tayah and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  Conspiracy to Commit Firearms Trafficking

in violation of **Title 18, United States Code, Section(s) 933(a)(1) and (a)(3)**

KEVIN P. WEIMER
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 11, 2026  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Washington DC

Date Received:   2/26/26

Date of Arrest:   2/26/26

Ross  Kuntola  DUSM
Name and Title of Arresting Officer

Signature of Arresting Officer