FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 10 2026

Kevin P. Weimer, Clerk
By: ⟋⟍ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MIKELLEN CLEMENTS, A/K/A
"SNEE,"

▮▮▮▮▮▮▮ A/K/A

▮▮▮▮▮▮ AND
LAYTAYAH GROSS, A/K/A
"TAYAH"

Criminal Indictment

No. 1 : 26 - CR-0066

**Under Seal**

THE GRAND JURY CHARGES THAT:

## Count One
### (Conspiracy to Commit Firearms Trafficking)

Beginning on a date unknown, but at least by on or about May 13, 2023, and continuing until on or about August 11, 2024, in the Northern District of Georgia and elsewhere, the defendants, MIKELLEN CLEMENTS, a/k/a "SNEE," ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ and LAYTAYAH GROSS, a/k/a "TAYAH," did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with others known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony,

as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1) and (a)(3).

**Counts Two through Seven**
**(Firearms Trafficking)**

On or about the dates alleged in Column B below, in the Northern District of Georgia and elsewhere, the defendants, MIKELLEN CLEMENTS, a/k/a "SNEE," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and LAYTAYAH GROSS, a/k/a "TAYAH," aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, and otherwise dispose of the corresponding firearm(s) described in Column C below, in and otherwise affecting interstate and foreign commerce; that is:

| Column A | Column B | Column C |
|---|---|---|
| Count | Date | Firearm(s) |
| Two | 9/10/2023 | - Glock 32 .357 caliber pistol<br>- Glock 33 GEN 4 .357 caliber pistol |
| Three | 9/10/2023 | - Glock 29 10 mm pistol |
| Four | 11/11/2023 | - Glock 23 GEN 4 .40 caliber pistol |
| Five | 11/11/2023 | - Century Arms Micro Draco 7.62 x 39 mm pistol |
| Six | 12/8/2023 | - Glock 23 GEN 4 .40 caliber pistol |
| Seven | 4/20/2024 | - Century Arms Micro Draco 7.62 x 39 mm pistol |

knowing and having reasonable cause to believe that the use, carrying, and possession of said firearm(s) by the recipient would constitute a felony as

2

defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

### Counts Eight through Forty-Nine
### (False Statement During Purchase of a Firearm)

On or about the dates alleged in Column B below, in the Northern District of Georgia, the defendant, MIKELLEN CLEMENTS, a/k/a "SNEE," and E.E., aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly make a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of at least one of the corresponding firearms described in Column D below, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the acquisition of said firearm(s) under Chapter 44, Title 18, United States Code; that is:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Date | Federally Licensed Firearms Dealer | Firearm(s) |
| Eight | 5/14/2023 | Range, Guns & Safes LLC | - Taurus G2C 9 mm pistol<br>- Glock 29SF 10 mm pistol |
| Nine | 5/16/2023 | Stoddard's Range & Guns | - Glock 26 GEN 5 9 mm pistol<br>- Glock 29 GEN 4 10 mm pistol<br>- Glock 19X 9 mm pistol |

| Ten | 5/19/2023 | Moss Pawn LLC | - Romarm/CAI Micro Draco 7.62 x 39 mm pistol<br>- Taurus PT111G2 9 mm pistol |
|---|---|---|---|
| Eleven | 6/2/2023 | Moss Pawn LLC | - Taurus G2C 9 mm pistol |
| Twelve | 7/24/2023 | Arrowhead Pawn | - Glock 22 GEN 3 .40 caliber pistol<br>- Taurus G2C 9 mm pistol |
| Thirteen | 8/7/2023 | Arrowhead Pawn | - Glock 23 GEN 5 .40 caliber pistol |
| Fourteen | 8/9/2023 | Arrowhead Pawn | - Glock 29 GEN 4 10 mm pistol |
| Fifteen | 8/18/2023 | Moss Pawn LLC | - Romarm/Cugir Micro Draco 7.62 x 39 mm pistol |
| Sixteen | 8/19/2023 | Range, Guns & Safes LLC | - Taurus G2C 9 mm pistol<br>- Taurus G2C 9 mm pistol |
| Seventeen | 9/10/2023 | Range, Guns & Safes LLC | - Glock 32 .357 caliber pistol<br>- Glock 33 GEN 4 .357 caliber pistol<br>- Glock 27 .40 caliber pistol |
| Eighteen | 9/10/2023 | Mainstreet Guns and Range | - Glock 29 10 mm pistol |
| Nineteen | 9/28/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol<br>- Glock 17 GEN 4 9 mm pistol |
| Twenty | 10/5/2023 | Arrowhead Pawn | - Taurus G3C 9mm pistol<br>- Taurus PT111G2 9 mm pistol |
| Twenty-One | 10/5/2023 | Ed's Public Safety | - Glock 27 GEN 3 .40 caliber pistol<br>- Taurus G2C 9 mm pistol |

4

| | | | |
|---|---|---|---|
| | | | - Glock 21 GEN 4 .45 ACP caliber pistol |
| Twenty-Two | 10/5/2023 | Range, Guns & Safes LLC | - Glock 30S GEN 3 .45 ACP caliber pistol |
| Twenty-Three | 10/11/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol |
| Twenty-Four | 10/21/2023 | AmChar Georgia | - Glock 27 G27 GEN 5 .40 caliber pistol<br>- Glock 29 G29SF 10 mm pistol |
| Twenty-Five | 10/21/2023 | Ed's Public Safety | - Glock 22 .40 caliber pistol<br>- Glock 23 GEN 4 .40 caliber pistol |
| Twenty-Six | 10/21/2023 | Moss Pawn LLC | - Romarm/CAI Micro Draco 7.62 x 39 mm pistol |
| Twenty-Seven | 10/21/2023 | Shots Fired Indoor Gun Range | - Century Arms Micro Draco 7.62 x 39 mm pistol |
| Twenty-Eight | 10/31/2023 | Ed's Public Safety | - Glock 17 GEN 4 9 mm pistol |
| Twenty-Nine | 11/11/2023 | AmChar Georgia | - Taurus G2S HGA 9 mm pistol<br>- Taurus G2S HGA 9 mm pistol<br>- Taurus G2C 9 mm pistol |
| Thirty | 11/11/2023 | Arrowhead Pawn | - Century Arms Mini Draco 7.62 x 39 mm pistol |
| Thirty-One | 11/11/2023 | Ed's Public Safety | - Glock 26 GEN 5 9 mm pistol<br>- Glock 17 GEN 4 9 mm pistol<br>- Glock 23 GEN 4 .40 caliber pistol |

5

| | | | | |
|---|---|---|---|---|
| Thirty-Two | 11/11/2023 | Range, Guns & Safes LLC | - | Century Arms Micro Draco 7.62 x 39 mm pistol |
| Thirty-Three | 12/8/2023 | AmChar Georgia | - | Glock 26 GEN 5 9 mm pistol |
| | | | - | Glock 27 GEN 5 .40 caliber pistol |
| Thirty-Four | 12/8/2023 | Ed's Public Safety | - | Glock 27 GEN 4 .40 caliber pistol |
| | | | - | Glock 23 GEN 4 .40 caliber pistol |
| Thirty-Five | 12/20/2023 | Arrowhead Pawn | - | Glock 27 GEN 5 .40 caliber pistol |
| Thirty-Six | 12/21/2023 | Ed's Public Safety | - | Glock 27 GEN 3 .40 caliber pistol |
| Thirty-Seven | 12/21/2023 | Range, Guns & Safes LLC | - | Glock 22 .40 caliber pistol |
| Thirty-Eight | 1/8/2024 | Shots Fired Indoor Gun Range | - | Century Arms Micro Draco 7.62 x 39 mm pistol |
| | | | - | Glock 27 .40 caliber pistol |
| Thirty-Nine | 1/8/2024 | Arrowhead Pawn | - | ATI Omni Hybrid 5.56 mm pistol |
| Forty | 3/17/2024 | E Pawn – Jonesboro, GA | - | Glock 22 .40 caliber pistol |
| Forty-One | 3/19/2024 | Candler Rd. Pawn & Gun Shop | - | Taurus PT140G2 .40 caliber pistol |
| | | | - | Taurus PT111G2A 9 mm pistol |
| Forty-Two | 4/20/2024 | E Pawn – Stockbridge, GA | - | Taurus G2C 9 mm pistol |
| Forty-Three | 4/20/2024 | Ed's Public Safety | - | Glock 43X 9 mm pistol |
| | | | - | Glock 35 GEN 4 .40 caliber pistol |

6

| Forty-Four | 4/20/2024 | Range, Guns & Safes LLC | - Glock 27 .40 caliber pistol<br>- Century Arms Micro Draco 7.62 x 39 mm pistol |
| Forty-Five | 6/6/2024 | Range, Guns & Safes LLC | - Glock 27 .40 caliber pistol<br>- Glock 33 GEN 4 .357 caliber pistol |
| Forty-Six | 6/7/2024 | Academy Sports + Outdoors – Conyers, GA | - Glock 23 GEN 5 .40 caliber pistol |
| Forty-Seven | 6/8/2024 | Ed's Public Safety | - Glock 26 GEN 5 9 mm pistol<br>- Glock 29 GEN 4 10 mm pistol |
| Forty-Eight | 7/9/2024 | Range, Guns & Safes LLC | - Glock 45 .45 caliber pistol |
| Forty-Nine | 8/11/2024 | Range, Guns & Safes LLC | - Glock 23 GEN 5 .40 caliber pistol |

in that the defendant, MIKELLEN CLEMENTS, a/k/a "SNEE," directed E.E. to falsely represent that E.E. was the actual buyer of said firearm(s), when, as defendant CLEMENTS and E.E. then knew, defendant CLEMENTS was the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Seven of this Indictment, the defendants, MIKELLEN CLEMENTS, a/k/a "SNEE," ████████████████████ and LAYTAYAH GROSS, a/k/a "TAYAH," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 934(a), any property constituting, or derived from, proceeds obtained

directly or indirectly, as the result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Seven of this Indictment.

Upon conviction of one more of the offenses alleged in Counts One through Forty-Nine, the defendants, MIKELLEN CLEMENTS, a/k/a "SNEE," ███████████ ███████████ and LAYTAYAH GROSS, a/k/a "TAYAH," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant(s) up to the value of the above forfeitable property.

A                 True                 BILL

THEODORE S. HERTZBERG
*United States Attorney*

CATHELYNN TIO
*Assistant United States Attorney*
Georgia Bar No. 814519

MATTHEW CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9